IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANE BECTON, et al.,<br><br>    Defendants. | Case No. 19-cv-06865-MMC<br><br>**ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT** |

By order filed December 20, 2019, the Court dismissed plaintiff's First Amended Complaint and afforded plaintiff limited leave to amend, any such amended complaint to be filed no later than January 17, 2020. Plaintiff failed to file an amended complaint by said deadline.

Thereafter, on January 23, 2020, the Clerk of Court received a document from plaintiff in which he states he has been "incarcerat[ed]" since January 7, 2020. (See Doc. No. 8 at 1:4.) In light thereof, and although plaintiff has not expressly requested an extension of time to amend, the deadline for plaintiff to file an amended complaint is hereby EXTENDED to March 13, 2020.

**IT IS SO ORDERED.**

Dated: January 30, 2020

MAXINE M. CHESNEY
United States District Judge