IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>  v.<br><br>DIANE BECTON, et al.,<br><br>        Defendants. | Case No. 19-cv-06865-MMC<br><br>**ORDER VACATING OCTOBER 27 ORDER OF DISMISSAL; GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Before the Court is Mario Torres's "Request for Extension of Time Reconsideration," filed November 4, 2020, which the Court construes as a motion, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, for relief from the Court's Order of October 27, 2020 ("October 27 Order"), denying plaintiff's request for a 90-day extension of time and dismissing the above-titled action for failure to file a timely Second Amended Complaint.

The Court, having read and considered the motion, finds plaintiff has made a sufficient showing under Rule 60(b), specifically, his recent discovery of Google Scholar, which he anticipates he will be able to use, during the COVID-19 pandemic, to conduct legal research necessary for the filing of a Second Amended Complaint.

Accordingly, the October 27 Order is hereby VACATED, plaintiff's Request for Extension of Time, filed October 23, 2020, is hereby GRANTED, and the deadline for plaintiff to file a Second Amended Complaint is hereby EXTENDED to January 21, 2021.

**IT IS SO ORDERED.**

Dated: November 10, 2020

                                           MAXINE M. CHESNEY
                                           United States District Judge